DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10362
Non-Argument Calendar
_____

D.C. Docket No. 2:98-cr-14015-JEM-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL ALBERTO CADENA-SOSA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 19, 2015)

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Michael B. Cohen, appointed counsel for Rafael Alberto Cadena-Sosa in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cadena-Sosa's convictions and sentences are **AFFIRMED**.